UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        Plaintiff,

    -v.-

$57,980 IN UNITED STATES CURRENCY,

        Defendant-*in-rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>JUDGMENT OF FORFEITURE</u>

20 Civ. 9428 (KMK)

        WHEREAS, on or about November 10, 2020, the United States commenced an *in rem* forfeiture action by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint") seeking the forfeiture of the Defendant-*in-rem* (the "Defendant Currency") to the Government pursuant to Title 21, United States Code, Section 881(a)(6);

        WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on November 14, 2020, through December 13, 2020, and proof of such publication was filed with the Clerk of this Court on January 29, 2021 (D.E. 3);

        WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

        WHEREAS, on or about November 13, 2020, the Government sent direct notice of the Verified Complaint by Federal Express to the following:

>Patrick Chellel
>371 Bullville Rd
>Montgomery, NY 12459

(the "Noticed Party");

WHEREAS, the Noticed Party is the only individual known to the Government to have a potential interest in the Defendant-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendant-*in-rem* shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendant-*in-rem*, according to law.

3. The Clerk of the Court shall forward four certified copies of this Judgment of Forfeiture to Assistant United States Attorney, Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York, 10007.

Dated: White Plains, New York
       January 31, 2021

SO ORDERED:

_____
THE HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

3

The Clerk is directed to close this case.